IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**     April 18, 2001

BEFORE HONORABLE JUDGE ROBERT J. WARD

| | |
|---|---|
| IN RE: RIO PIEDRAS EXPLOSION LITIGATION | CIVIL CASE 96-2443(CCC) |
| MARIA TERESA OTERO-SOTO, ET AL | CIVIL CASE 96-2526(CCC) |
| Plaintiffs | 97-1153 (CCC) |
| | 97-1172 (CCC) |
| vs. | 97-1770 (CCC) |
| | 97-1957 (CCC) |
| | 97-2596 (CCC) |
| | 97-2668 (CCC) |
| ENRON CORPORATION, ET AL | 97-2712 (CCC) ✓ |
| | 97-2721 (CCC) |
| | 97-2735 (CCC) |
| Defendants | 99-1255 (CCC) |

By order of the Court, a **status conference** will be held before the **Honorable Robert J. Ward, U.S. District Judge** on <u>April 30, 2001 at 9:00AM.</u>

Courtroom Deputy Clerk

